UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE EUROPEAN COMMUNITY, et al.,

                      Plaintiffs,

  -against-

JAPAN TOBACCO, INC., et al.,

                      Defendants.

---------------------------------------------------------------X

THE EUROPEAN COMMUNITY, et al.,

                      Plaintiffs,

  -against-

RJR NABISCO, INC., et al.,

                      Defendants.

---------------------------------------------------------------X

DEPARTMENT OF AMAZONAS, et al.,

                      Plaintiffs,

  -against-

PHILIP MORRIS COMPANIES, INC., et al.,

                      Defendants.

---------------------------------------------------------------X

CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

2002 MAR 21 P 4: 44

AMENDED JUDGMENT
01-CV-5188 (NGG/VVP)

00-CV-2881 (NGG/VVP)
01-CV-5188 (NGG/VVP)
02-CV164 (NGG/VVP)
(Consolidated)

     A Memorandum and Order of Honorable Nicholas G. Garaufis, United States

District Judge, having been filed on February 19, 2002, and a clarifying Order filed

March 21, 2002, directing the entry of an Amended Judgment; granting the defendants'

motions to dismiss the complaints in their entirety; dismissing plaintiffs' RICO and

AO 72A
(Rev.8/82)

common law claims on the defendants' smuggling scheme with prejudice; and dismissing the plaintiffs' RICO and common law claims on the defendants' money laundering transactions without prejudice; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the defendants' motion to dismiss the complaints are granted in their entirety; that the plaintiffs' RICO and common law claims on the defendants' smuggling scheme are dismissed with prejudice; and that the plaintiffs' RICO and common law claims on the defendants' money laundering transactions are dismissed without prejudice.

This Amended Judgment supercedes the February 25, 2002, Judgment entered in these actions.

Dated: Brooklyn, New York
      March 21, 2002

ROBERT C. HEINEMANN
CLERK OF COURT

by

JAMES GIOKAS
CHIEF DEPUTY CLERK

AO 72A
(Rev.8/82)